```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 9 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                    :

IN RE 650 FIFTH AVENUE AND      :   08 Civ. 10934 (KBF)
RELATED PROPERTIES                       :   and all member and
                                                    :       related cases

                                                    :          ORDER
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

The Court is in receipt of the parties' Proposed Order Awarding Attorney's Fees and Reimbursement of Expenses in connection with the Dubai depositions.

If Assa would like to request to be heard on or submit a response with respect to the motion, it must do so by Tuesday, September 24, 2013, at 5:00 p.m.

SO ORDERED.

Dated:       New York, New York
                 September 19, 2013

                                                        _____
                                                           KATHERINE B. FORREST
                                                           United States District Judge